SEALED

FILED
JAN 02 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

MICHAEL J. MACKO, ESQ. [SBN 124621]
FORES ■ MACKO, INC.
A Professional Law Corporation
1600 "G" Street, Suite 103
Modesto, CA 95354
(209) 527-9899
(209) 527-2889 (Facsimile)
Email: mmacko@foresmacko.com

KATHERINE R. BOYD, ESQ. [SBN 143192]
KATHERINE R. BOYD, INC.
A Professional Law Corporation
1127 12th Street, Suite 106
Modesto, CA. 95354
(209) 289-0100
(209) 549-9722
Email: krboyd@krboydlaw.com

Attorneys for Plaintiff/Relator

IN THE UNITED STATES DISTRICT COURT,

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| MALINDA JACKSON,<br><br>   Plaintiff,<br><br>vs.<br><br>NORTHERN CALIFORNIA SCHOOL OF CONSTRUCTION, LLC, a California limited liability company, HEAVY EQUIPMENT USA, LLC, a Delaware Company; HEAVY EQUIPMENT TRAINING, LLC, a Nevada limited liability company, doing business as HEAVY EQUIPMENT COLLEGES OF AMERICA; and EVOLUTION INVESTMENTS II, LLC, a Nevada limited liability company,<br><br>   Defendants. | Case No. 1:17-CV-01733-LJO-EPG |

**[PROPOSED] ORDER TO FILE DOCUMENTS UNDER SEAL**

///

///

- 1 -

Plaintiff-Relator, Malinda Jackson ("Relator"), has requested that her Complaint in this *qui tam* action, totaling nineteen (19) pages, be filed under seal pursuant to 31 U.S.C. §3730(b)(2) and Local Rule 141.

The basis for this request is that *qui tam* actions are to be filed in camera and under seal pursuant to 31 U.S.C. §3730(b)(2), which provides in part that a complaint for civil action for a violation of 31 U.S.C. §3729 shall be filed in camera, shall remain under seal for at least 60 days, and shall not be served on the Defendants until the Court so orders.

This request is narrowly tailored to seal only that material for which good cause to seal has been established. Accordingly,

IT IS HEREBY ORDERED AS FOLLOWS:

1. The Complaint, totaling nineteen (19) pages, in the *qui tam* action brought by Relator shall be sealed for at least 60 days and shall not be served on Defendants until so ordered by this Court.

DATED: 1/2/18

JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION
Erica P. Grosjean

[PROPOSED] ORDER TO FILE DOCUMENTS UNDER SEAL, Case No.