UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF CALIFORNIA, *ex rel.* MALINDA JACKSON,<br><br>Plaintiffs,<br><br>v.<br><br>NORTHERN CALIFORNIA SCHOOL OF CONSTRUCTION, LLC, *et al.*,<br><br>Defendant. | Case No.   1:17-cv-01733-NONE-EPG<br><br>**SEALED ORDER REQUIRING STATUS REPORT** |

Plaintiff filed this *qui tam* action on December 22, 2017, raising, in part, claims under the False Claims Act, the California False Claims Act, as well as state contract and tort claims. (ECF No. 1). The Government has sought and received multiple extension requests to decide whether to intervene (ECF Nos. 4-7, 9-15), and the State of California has declined to intervene. (ECF No. 8).

On June 4, 2019, the Government was given until August 9, 2019, to complete its investigation and notify the Court of its decision regarding intervention. (ECF No. 14). To date, the Government has not filed a notice regarding intervention.

Accordingly, IT IS ORDERED that Plaintiff shall file a status report no later than November 15, 2021, informing the Court on the status of the case and whether Plaintiff intends to

prosecute this action. The Clerk of Court is directed to maintain the status report and all other filings under seal until this Court directs otherwise.

IT IS SO ORDERED.

Dated:   **November 2, 2021**              /s/ Erica P. Grosjean
                                                                    UNITED STATES MAGISTRATE JUDGE