UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF CALIFORNIA, ex rel. MALINDA JACKSON,<br><br>Plaintiff,<br><br>v.<br><br>NORTHERN CALIFORNIA SCHOOL OF CONSTRUCTION, LLC, et al.,<br><br>Defendants. | Case No.   1:17-cv-01733-NONE-EPG<br><br>SEALED ORDER TO SHOW CAUSE<br><br>(ECF No. 17) |

Plaintiff filed this *qui tam* action on December 22, 2017, raising, in part, claims under the False Claims Act, the California False Claims Act, as well as state contract and tort claims. (ECF No. 1). The Government has sought and received multiple extension requests to decide whether to intervene (ECF Nos. 4-7, 9-15), and the State of California has declined to intervene. (ECF No. 8).

On June 4, 2019, the Government was given until August 9, 2019, to complete its investigation and notify the Court of its decision regarding intervention. (ECF No. 14). To date, the Government has not filed a notice regarding intervention.

Therefore, on November 2, 2021, the Court entered an order requiring Plaintiff to file a status report no later than November 15, 2021, informing the Court of the status of the case and whether Plaintiff intends to prosecute this action. (ECF No. 17). To date, Plaintiff has not

responded to this Court's order and the time to do so has expired.

Accordingly, based on the foregoing, IT IS ORDERED as follows:

1. Plaintiff shall show cause why sanctions should not issue, up to and including dismissal of this action, because of Plaintiff's failure to prosecute this action. Plaintiff has until December 14, 2021, to file a written response explaining why Plaintiff failed to respond to this Court's November 2, 2021 order;

2. If Plaintiff does not respond to this order, the Court will recommend to the assigned district judge that this action be dismissed for failure to prosecute;

3. The Clerk of Court is directed to mail a copy of this order and the Court's November 2, 2021 order (ECF No. 17) to Plaintiff's counsel Katherine Boyd and Michael Macko and thereafter enter a notation on the docket reflecting the mailing; and

4. The Clerk of Court is directed to maintain this order and all other filings under seal until this Court directs otherwise.

IT IS SO ORDERED.

Dated:  **November 29, 2021**          /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

2