UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF CALIFORNIA, *ex rel.* MALINDA JACKSON,<br><br>Plaintiffs,<br><br>v.<br><br>NORTHERN CALIFORNIA SCHOOL OF CONSTRUCTION, LLC, *et al.*,<br><br>Defendants. | Case No.  1:17-cv-01733-NONE-EPG<br><br>ORDER DISCHARGING SHOW CAUSE ORDER, GRANTING EXTENSION OF TIME FOR PLAINTIFF TO FILE STATUS REPORT INFORMING OF INTENTION TO PROSECUTE THIS ACTION<br><br>(ECF Nos. 18, 20) |

Plaintiff Malinda Jackson filed this *qui tam* action on December 22, 2017, raising, in part, claims under the False Claims Act, the California False Claims Act, as well as state contract and tort claims. (ECF No. 1). On October 23, 2018, the State of California declined to intervene. (ECF No. 8). On December 13, 2021, the Government declined to intervene. (ECF No. 19).

On November 2, 2021, the Court ordered Plaintiff to file a status report by November 15, 2021, informing the Court on the status of the case and whether Plaintiff intended to prosecute this action. (ECF No. 17). On November 29, 2021, after Plaintiff failed to timely respond, the Court ordered Plaintiff to show cause by December 14, 2021, why sanctions should not issue, up to and including dismissal of this action, because of Plaintiff's failure to prosecute this action. (ECF No. 18). The show cause order was mailed to Plaintiff's counsel along with the November

2, 2021 order.

On December 13, 2021, Plaintiff filed a status report, stating that counsel did not receive the Court's November 2, 2021, when it was initially mailed, but only received it when it was mailed along with the order to show cause. (ECF No. 20). Plaintiff asserts that the failure to respond to the November 2, 2021, was due to not receiving the order. Plaintiff states that she has not prosecuted this matter because she was awaiting the Government's decision as to whether to intervene, with the Government declining to intervene on December 13, 2021. Plaintiff asks for sixty days to review the case and decide how to proceed.

Finding good cause, the Court will discharge its order to show cause and grant Plaintiff sixty additional days to file a status report as to her intentions as to how to proceed in this case. Moreover, given the Government's recent decision to decline to intervene, the Court finds it appropriate to lift the seal as to certain filings in this case. *See* 31 U.S.C. § 3730(b)(2) (providing for sealing of complaint, for at least 60 days, while Government considers whether to intervene in action).

Accordingly, IT IS ORDERED as follows:

1. The Court's November 29, 2021 order to show cause (ECF No. 18) is discharged;
2. No later than February 11, 2021, Plaintiff shall file a status report informing the Court on the status of the case and whether Plaintiff intends to prosecute this action;
3. The Clerk shall unseal the complaint (ECF No. 1)[1] but shall leave all other filings predating the instant Order sealed at this time;

\\\

\\\

\\\

\\\

\\\

---

[1] Given that Plaintiff is considering whether to proceed in this action, the Court will not, at this time, order service of the complaint upon Defendants.

2

4. As to all filings including this Order and entered after this Order, the Clerk shall lift the seal in this case, with all parties who have appeared or will appear receiving such filings pursuant to the Court's standard procedures.

IT IS SO ORDERED.

Dated:  **December 14, 2021**        /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

3