UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF CALIFORNIA, ex rel. MALINDA JACKSON,<br><br>Plaintiff,<br><br>v.<br><br>NORTHERN CALIFORNIA SCHOOL OF CONSTRUCTION, LLC, et al.,<br><br>Defendants. | Case No. 1:17-cv-01733-JLT-EPG<br><br>ORDER TO SHOW CAUSE<br><br>(ECF No. 21) |

Plaintiff filed this *qui tam* action on December 22, 2017, raising, in part, claims under the False Claims Act, the California False Claims Act, as well as state contract and tort claims. (ECF No. 1). On October 23, 2018, the State of California declined to intervene. (ECF No. 8). On December 13, 2021, the United States declined to intervene. (ECF No. 19).

On November 2, 2021, the Court ordered Plaintiff to file a status report by November 15, 2021, informing the Court on the status of the case and whether Plaintiff intended to prosecute this action. (ECF No. 17). On November 29, 2021, after Plaintiff failed to timely respond, the Court ordered Plaintiff to show cause by December 14, 2021, why sanctions should not issue, up to and including dismissal of this action, because of Plaintiff's failure to prosecute this action. (ECF No. 18). The show cause order was mailed to Plaintiff's counsel along with the November 2, 2021 order.

1

1 On December 13, 2021, Plaintiff filed a status report, stating that counsel did not receive the Court's November 2, 2021, when it was initially mailed, but only received it when it was mailed along with the order to show cause. (ECF No. 20). Plaintiff asserted that the failure to respond to the November 2, 2021, was due to not receiving the order. Plaintiff stated that she has not prosecuted this matter because she was awaiting the Government's decision as to whether to intervene, with the Government declining to intervene on December 13, 2021. Plaintiff requested sixty days to review the case and decide how to proceed.

On December 14, 2021, the Court discharged its order to show cause and granted Plaintiff until no later than February 11, 2021, to file a status report as to her intentions as to how to proceed in this case. (ECF No. 21) Additionally, the Court directed the Clerk to unseal the complaint and all future filings, including the December 14, 2021 order, with instructions that all parties who have appeared or will appear receiving the December 14, 2021 order and future filings pursuant to the Court's standard procedures. To date, Plaintiff has filed no status report or requested an extension of time to do so.

Accordingly, based on the foregoing, IT IS ORDERED as follows:

1. Plaintiff shall show cause why sanctions should not issue, up to and including dismissal of this action, because of Plaintiff's failure to prosecute this action. Plaintiff has until March 16, 2022, to file a written response explaining why Plaintiff failed to respond to this Court's December 14, 2021 order;

2. If Plaintiff does not respond to this order, the Court will recommend to the assigned district judge that this action be dismissed for failure to prosecute; and

\\\
\\\
\\\
\\\
\\\
\\\
\\\

3. Although no direction to mail should be necessary in light of the prior order unsealing future filings, the Clerk of Court is specifically directed to mail a copy of this order and the Court's December 14, 2021 order (ECF No. 21) to Plaintiff's counsel Katherine Boyd and Michael Macko and thereafter enter a notation on the docket reflecting the mailing.

IT IS SO ORDERED.

Dated: **February 16, 2022**       /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

3