UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF CALIFORNIA, *ex rel.* MALINDA JACKSON,<br><br>Plaintiffs,<br><br>v.<br><br>NORTHERN CALIFORNIA SCHOOL OF CONSTRUCTION, LLC, *et al.*,<br><br>Defendants. | Case No.   1:17-cv-01733-JLT-EPG<br><br>ORDER DISCHARGING SHOW CAUSE ORDER, GRANTING EXTENSION OF TIME FOR PLAINTIFF TO FILE STATUS REPORT INFORMING OF INTENTION TO PROSECUTE THIS ACTION<br><br>(ECF No. 24) |

Plaintiff Malinda Jackson filed this *qui tam* action on December 22, 2017, raising, in part, claims under the False Claims Act, the California False Claims Act, as well as state contract and tort claims. (ECF No. 1). On October 23, 2018, the State of California declined to intervene. (ECF No. 8). On December 13, 2021, the Government declined to intervene. (ECF No. 19).

On December 14, 2021, the Court ordered Plaintiff to file a status report by February 11, 2022, informing the Court on the status of the case and whether Plaintiff intended to prosecute this action. (ECF No. 21). This order also lifted the seal as to all future filings, with all parties who had appeared to receive such filings pursuant to the Court's standard procedures.

On February 17, 2022, after Plaintiff failed to timely respond, the Court ordered Plaintiff to show cause by March 16, 2022, why sanctions should not issue, up to and including dismissal

1

of this action, because of Plaintiff's failure to prosecute this action. (ECF No. 24). The show cause order was mailed to Plaintiff's counsel along with the December 14, 2021 order.

On March 15, 2022, Plaintiff filed a status report, stating that counsel did not receive the Court's December 14, 2021 order when it was initially mailed, but only received it when it was mailed along with the order to show cause. (ECF No. 26). Plaintiff asserts that the failure to respond to the December 14, 2021, was due to not receiving the order. Plaintiff asks for sixty days to review the case and decide how to proceed, stating that Plaintiff has been out of state caring for her elderly mother.

Finding good cause, the Court will discharge its order to show cause and grant Plaintiff one final extension of sixty days to file a status report as to her intentions as to how to proceed in this case. Accordingly, IT IS ORDERED as follows:

1. The Court's February 17, 2022 order to show cause (ECF No. 24) is discharged;
2. No later than May 16, 2022, Plaintiff shall file a status report informing the Court of the status of the case and whether Plaintiff intends to prosecute this action; and
3. Although this court has issued a prior order unsealing future filings (ECF No. 21), given Plaintiff counsel's representations about not receiving court filings, the Clerk of Court is directed to mail a copy of this order to *all* counsel who have appeared on record: Katherine Boyd, Michael Macko, Lynn Ernce, John Edwards, and Brendan Ruddy.

IT IS SO ORDERED.

Dated:  **March 17, 2022**                    /s/ Erica P. Grosjean
                                              UNITED STATES MAGISTRATE JUDGE

2