UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF CALIFORNIA, *ex rel.* MALINDA JACKSON,<br><br>Plaintiffs,<br><br>v.<br><br>NORTHERN CALIFORNIA SCHOOL OF CONSTRUCTION, LLC, *et al.*,<br><br>Defendants. | Case No.   1:17-cv-01733-JLT-EPG<br><br>ORDER GRANTING, IN PART, FINAL EXTENSION OF TIME FOR PLAINTIFF TO FILE STATUS REPORT INFORMING OF INTENTION TO PROSECUTE THIS ACTION<br><br>(ECF No. 28) |

Plaintiff Malinda Jackson filed this *qui tam* action on December 22, 2017, raising, in part, claims under the False Claims Act, the California False Claims Act, as well as state contract and tort claims. (ECF No. 1). On October 23, 2018, the State of California declined to intervene. (ECF No. 8). On December 13, 2021, the Government declined to intervene. (ECF No. 19).

On December 14, 2021, the Court ordered Plaintiff to file a status report by February 11, 2022, informing the Court on the status of the case and whether Plaintiff intended to prosecute this action. (ECF No. 21). This order also lifted the seal as to all future filings, with all parties who had appeared to receive such filings pursuant to the Court's standard procedures.

Since issuing this order, the Court has granted two extension of time (sixty days each) for Plaintiff to file a status report, with the last extension requiring a status report to be filed by May

16, 2022. (ECF Nos. 21, 27). On May 16, 2022, Plaintiff filed a status report, stating that: (1) counsel was not able to speak with Plaintiff until May 9, 2022; (2) Plaintiff desires to consult with new counsel before deciding whether to pursue this matter; and (3) Plaintiff seeks another sixty-day extension to decide whether to prosecute this action. (ECF No. 28).

Finding good cause for some extension, the Court will grant the request, in part. Notably, with Plaintiff's two prior extensions, Plaintiff provides no reasonable basis to grant another sixty-day extension. However, given the representation that counsel was only recently able to speak with Plaintiff and that Plaintiff plans to consult with new counsel, the Court will grant Plaintiff one **final** extension of thirty days to file a status report as to Plaintiff's intentions as to how to proceed in this case.

Accordingly, IT IS ORDERED as follows:

1. No later than June 16, 2022, Plaintiff shall file a status report informing the Court of the status of the case and whether Plaintiff intends to prosecute this action;
2. Failure to file a status report may result in the dismissal of this action; and
3. Although this court has issued a prior order unsealing future filings (ECF No. 21), given Plaintiff's counsel's prior representations about not receiving court filings, the Clerk of Court is directed to mail a copy of this order to *all* counsel who have appeared on record: Katherine Boyd, Michael Macko, Lynn Ernce, John Edwards, and Brendan Ruddy.

IT IS SO ORDERED.

Dated:  **May 17, 2022**                   /s/ Erica P. Grosjean
                                                                 UNITED STATES MAGISTRATE JUDGE