1

2

3

4

5

6

7

8 **UNITED STATES DISTRICT COURT**

9 **EASTERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF CALIFORNIA, *ex rel*. MALINDA JACKSON, | ) Case No.: 1:17-CV-1733 JLT EPG ) ) ORDER DISMISSING THE ACTION ) WITHOUT PREJUDICE FOLLOWING THE |
| Plaintiffs, | ) REQUEST OF DISMISSAL AND NOTICES ) OF CONSENT TO DISMISSAL BY THE ) UNITED STATES AND STATE OF |
| v. | ) CALIFORNIA ) |
| NORTHERN CALIFORNIA SCHOOL OF CONSTRUCTION, LLC, a California Limited Liability Company, HEAVY EQUIPMENT USA, LLC, a Delaware Company, HEAVY EQUIPMENT TRAINING, LLC, a Nevada Limited Liability Company, doing business as HEAVY EQUIPMENT COLLEGES OF AMERICA; and EVOLUTION INVESTMENTS II, LLC,  Nevada Limited Liability Company, | ) (Docs. 32, 33, 34) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

Relator Malinda Jackson filed a Request for Dismissal of this action, without prejudice, on June 27, 2022.  (Doc. 32.)  Pursuant to the False Claims Act, "[t]he action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting."  31 U.S.C. § 3730(b)(1).   Likewise, California's False Claims Act provides: "the action may be dismissed only with the written consent of the court and the Attorney General or prosecuting authority of a political subdivision, or both, as appropriate under the allegations of the civil action, taking into account the best interests of the parties involved and the public purposes behind this act."

Cal. Gov't Code § 12652(c)(1).   The United States of America and the State of California filed Notices of Consent to the requested dismissal.  (Docs. 33, 34.)   Based upon the information provided—including the interest and consent of both the United States and the State of California—the Court finds dismissal to be appropriate. Accordingly, the Court **ORDERS**:

1.      The Request for Dismissal by Plaintiff/Relator Malinda Jackson (Doc. 32) is **GRANTED**.

2.      The action is **DISMISSED** without prejudice.

3.      The Clerk of Court is directed to close this action.

IT IS SO ORDERED.

Dated:   **July 6, 2022**

UNITED STATES DISTRICT JUDGE

2